# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Calvin Anthony Washington, | Case No. 25-CV-4662 (MJD/DLM) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| State of Minnesota, Ramsey County, Ramsey County Attorney's Office, and Prosecutors of Record in 62-CR-20-5757, | |
| Defendants. | |

On February 10, 2026, this Court issued an order requiring Plaintiff Calvin Anthony Washington to submit documentation in compliance with 28 U.S.C. § 1915(a)(1) so that the Court could determine this action's initial partial filing fee. (*See* Doc. 6 at 2-3.) The Court gave Mr. Washington 21 days (i.e., until March 3, 2026) to send this material, and warned that failure to do so would lead the Court to recommend dismissing this case for failure to prosecute. (*See id.*) That deadline has now passed, and Mr. Washington has not submitted the necessary documentation. Therefore, the Court now recommends dismissing this case without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See, e.g.*, *Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute or comply with the Federal Rules of Civil Procedure or any court order."). Given this, the Court also recommends denying

Mr. Washington's pending application to proceed *in forma pauperis* in this matter (Doc. 5) as moot.

## RECOMMENDATION

Based on all of the files, records, and proceedings in this case, **IT IS RECOMMENDED THAT**:

1.  This action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2.  Plaintiff Calvin Anthony Washington's application to proceed *in forma pauperis* in this matter (Doc. 5) be **DENIED** as moot.

Dated: March 11, 2026             *s/Douglas L. Micko*_____
                                  DOUGLAS L. MICKO
                                  United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served with a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served with a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).