# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Calvin Anthony Washington,

      Plaintiff,

    v.

                                     **ORDER ADOPTING REPORT**
                                     **AND RECOMMENDATION**
                                   Civil No. 25-4662 (MJD/DLM)

State of Minnesota, Ramsey County,
Ramsey County Attorney's Office, and
Prosecutors of Record in 62-CR-20-5757,

      Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Douglas L. Micko dated March 11, 2026. **[Docket No. 7.]** No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Douglas L. Micko dated March 11, 2026 **[Docket. No. 7]**;

2. Plaintiff's Complaint **[Docket No. 1]** is **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff's Application to Proceed <u>in forma pauperis</u> is **[Docket. No. 5]** is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 3, 2026

<u>s/Michael J. Davis</u>
Michael J. Davis
United States District Court